UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

ROBERTA SLAAEN and
JULIE HOAGLAN,
on behalf of themselves and
all others similarly situated

        Plaintiffs,

   v.

SENIOR LIFESTYLE CORPORATION, *et al.*

        Defendants

Case No.: 18-cv-1562

---

## JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiffs, Roberta Slaaen and Julie Hoaglan, on behalf of themselves and all others similarly-situated, and Defendants, Senior Lifestyle Corporation and SL Greenfield, LLC, jointly move this Court for preliminary approval of the settlement in this matter in accordance with the parties' fully executed "Settlement Agreement and Release," attached hereto as Exhibit A (hereinafter, the "Settlement Agreement").

For settlement purposes only, the parties seek certification of a collective under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), for all individuals who have already opted-in to this case, defined as follows (hereinafter the "FLSA Collective"):

> All current and former hourly-paid, non-exempt individuals employed by Defendants at any one of SLC's affiliated Senior Living Communities in the United States between October 3, 2015 and October 3, 2018 who received non-discretionary remuneration that was not included in their regular rate(s) of pay for overtime compensation purposes in workweeks when said employees worked in excess of forty (40) hours during the representative time period for which the nondiscretionary remuneration covered.

(ECF No. 37-1.)

For settlement purposes only, the parties also seek certification of a class under Wisconsin's Wage Payment and Collection Laws, Wis. Stat. § 109.01 *et seq.*, Wis. Stat. § 104.01 *et seq.*, Wis. Stat. § 103.001 *et seq.*, Wis. Admin. Code § DWD 274.01 *et seq.*, and Wis. Admin. Code § DWD 272.001 *et seq.* (the "WWPCL") and Fed. R. Civ. P. 23 ("Rule 23"), defined as follows (hereinafter, the "Rule 23 Class"):

> All current and former hourly-paid, non-exempt individuals working for Defendants in the State of Wisconsin within the two (2) years prior to this action's filing who worked more than forty (40) hours in a workweek and who received non-discretionary compensation, such as bonuses, commissions, incentives, and/or other monetary rewards, that was not included in the regular rate for overtime compensation.

(Exhibit A, ¶ 1.)

The parties believe that the Settlement Agreement is fair, reasonable, and adequate because it fully satisfies this Court's criteria for collective and class action settlements.

As such, the parties respectfully request that this Court:

(1) Preliminarily approve the Settlement Agreement, which is attached hereto as Exhibit A, as a fair, reasonable, and adequate resolution of a bona-fide dispute under the FLSA and the WWPCL;

(2) Appoint, for settlement purposes only, Plaintiffs' Counsel, Walcheske & Luzi, LLC, as Class Counsel for the FLSA Collective and Rule 23 Class;

(3) Appoint, for settlement purposes only, Plaintiffs, Roberta Slaaen and Julie Hoaglan, as the Class Representatives for the FLSA Collective and Rule 23 Class;

(4) Approve the parties' "Notice of Class Action Settlement" that will be sent to members of the Rule 23 Class in a form that is substantially similar to that which is attached to the Settlement Agreement as Exhibit 1;

(5) Approve the distribution method of the "Notice of Class Action Settlement" that will be sent to members of the Rule 23 Class as the best notice practicable under the circumstances, consistent with due process, and as valid and sufficient notice in accordance with applicable law, (Exhibit A, ¶ 2; Declaration of Scott S. Luzi ("Luzi Decl."), ¶ 19);

(6) Order that Class Counsel send the "Notice of Class Action Settlement" to members of the Rule 23 Class no later than ten (10) calendar days after this Court's preliminary approval of the Settlement Agreement, (Exhibit A, ¶ 17);

(7) Order that members of the Rule 23 Class shall have thirty (30) calendar days after the date of the mailing of the "Notice of Class Action Settlement" to opt-out of the Rule 23 Class (hereinafter the "Notice Period"), (Exhibit A, ¶ 17);

(8) Order that within seven (7) calendar days of the end of the Notice Period, Class Counsel will provide to Defendants' counsel the name, address, telephone number, and employee identification number of each individual who opts-out of the Rule 23 class, (Exhibit A, ¶ 2);

(9) Approve the parties' settlement correspondence that will be sent to members of the FLSA Collective and members of Rule 23 Class who do not opt-out of the Settlement Agreement (hereinafter the "Settlement Class") after final approval of the Settlement Agreement in a form that is substantially similar to that which is attached to the Settlement Agreement as Exhibits 2, 3, and 4;

(10) Approve the distribution method of the settlement correspondence that will be sent to members of the Settlement Class as the best notice practicable under the circumstances, consistent with due process, and as valid and sufficient notice in accordance with applicable law, (Exhibit A, ¶ 2; Luzi Decl., ¶ 19);

(11) Order that within ninety (90) calendar days after this Court's preliminary approval of the Settlement Agreement, but at least seven (7) calendar days prior to the scheduling of a Fairness Hearing, Class Counsel will file a Motion for Final Settlement Approval, a Motion for Approval of Attorneys' Fees and Costs, and a Motion for Approval of Plaintiffs' Service Payments, (Exhibit A, ¶ 17); and

(12) Schedule a Fairness Hearing at least ninety (90) calendar days after this Court's preliminary approval of the Settlement Agreement.

Dated this 31st day of December, 2019

| | |
|---|---|
| ___*s/ Scott S. Luzi*___ | ___*s/ Alexander M. Baggio*___ |

James A. Walcheske, SBN 1065635  Mark T. Berhow, MN SBN 031450X
Scott S. Luzi, SBN 1067405  Alexander M. Baggio, MN SBN 0389912
David M. Potteiger, SBN 1067009

WALCHESKE & LUZI, LLC  HINSHAW & CULBERTSON LLP
15850 W. Bluemound Road, Suite 304  333 South Seventh Street, Suite 2000
Brookfield, Wisconsin 53005  Minneapolis, Minnesota 55402
Telephone: (262) 780-1953  Telephone: (612) 333-3434
E-mail: jwalcheske@walcheskeluzi.com  E-mail: mberhow@hinshawlaw.com
E-mail: sluzi@walcheskeluzi.com  E-mail: abaggio@hinshawlaw.com
E-mail: dpotteiger@walcheskeluzi.com

*Attorneys for Plaintiffs*   *Attorneys for Defendants*