# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ROBERTA SLAAEN and JULIE
HOAGLAN, on behalf of themselves and
all others similarly situated,

              Plaintiffs,

v.

SENIOR LIFESTYLE CORPORATION
and SL GREENFIELD LLC,

              Defendants.

Case No. 18-CV-1562-JPS

**ORDER**

On December 31, 2019, the parties filed a Joint Motion for Preliminary Approval of Settlement, (Docket #75), along with the parties' fully executed "Settlement Agreement and Release." (Docket #75-1.) On January 3, 2020, the Court preliminarily approved the parties' settlement. (Docket # 79). On March 24, 2020, the parties filed a joint motion for final approval of settlement, (Docket #83), along with a proposed final order approving settlement, (Docket #83-1), and Plaintiffs' counsel filed an unopposed motion for approval of attorneys' fees and costs, (Docket #84), and an unopposed motion for approval of Plaintiffs' service awards. (Docket #90.) After reviewing the terms of the Settlement Agreement, (Docket #75-1), the Court finds that the parties' settlement constitutes "a fair and reasonable resolution of [] bona fide dispute[s]" under the FLSA, 29 U.S.C. § 201 *et seq.*; *Lynn Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); *Walton v. United Consumers Club, Inc.*, 786 F.2d 303, 306 (7th Cir. 1986). As such, and for the reasons explained at the April 8, 2020

fairness hearing, the Court will grant the motion for final settlement approval, as well as Plaintiffs' motion for attorneys' fees and costs, and Plaintiffs' motion for approval of Plaintiffs' service awards. The Court approves of the settlement agreement and will incorporate the terms of the parties' proposed order in full below. Finally, as requested, the Court will dismiss this action with prejudice.

Accordingly,

**IT IS ORDERED** that the parties' joint motion for final approval of settlement (Docket #83) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiffs' motion for approval of attorneys' fees and costs (Docket #84) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiffs' motion for approval of service awards (Docket #90) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the Court:

1.      Approves the parties' settlement as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e);

2.      Approves the parties' settlement as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act;

3.      Approves the settlement payments to the Settlement Class;

4.      Instructs Defendants' counsel to provide Plaintiffs' counsel with settlement checks for the Settlement Class within twenty-one calendar (21) days of this Order;

5.      Instructs Plaintiffs' counsel to send the settlement checks and settlement correspondence (in a form that is substantially similar to that which is attached to the parties' Settlement Agreement as Exhibits 2, 3, and 4) to the Settlement Class via U.S. Mail within ten (10) calendar days of

Plaintiffs' counsel's receipt of the settlement checks from Defendants' counsel;

6.      Instructs that the Settlement Class has one hundred eighty (180) days to negotiate or cash their individual settlement checks, otherwise the individual settlement checks and amounts will revert to and be retained by Defendants;

7.      Instructs that any Settlement Class member who negotiates or cashes their settlement checks is bound by the settlement;

8.      Grants Plaintiffs' counsel's unopposed motion for approval of attorneys' fees and costs, (Docket #84), and approves Plaintiffs' counsel's requested attorneys' fees and costs in the amount of $302,492.14;

9.      Grants Plaintiffs' unopposed motion for approval of Plaintiffs' service awards, (Docket #90), and approves Service Payments in the amounts of $7,500.00 to Plaintiff Roberta Slaaen and $7,500.00 to Plaintiff Julie Hoaglan; and

10.     Dismisses this case on the merits with prejudice.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 2nd day of July, 2020.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge